No. 75–448.  CAMAJ *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 75–468.  IN-CHO CHUNG *v.* PARK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 75–5009.  CARTER ET AL. *v.* BATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 75–5018.  WEST *v.* UNITED STATES; and
No. 75–5307.  ANDERSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Reported below: 517 F. 2d 483.

No. 75–5028.  SOTOMAYER *v.* HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 75–5052.  ESSER *v.* JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 75–5058.  SHIRE *v.* KERNAN.  C. A. 3d Cir.  Certiorari denied.

No. 75–5079.  DeANGELO *v.* FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 75–5082.  MARTINEZ *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 75–5097.  BUSH *v.* WALTERS.  C. A. 3d Cir.  Certiorari denied.

No. 75–5110.  CLARK *v.* CAMPBELL, JUDGE.  Sup. Ct. Mo.  Certiorari denied.

No. 75–5125.  RIVERA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.